**APPENDIX B**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- x

ORACLE CORPORATION,

                         Petitioner,

      -against-

FELICIA WILSON, an Individual,

                         Respondent.

-------------------------------------------------- x

Case No. 17-cv-554-ER

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on the 25TH day of August, 2017, in favor of Respondent Felicia Wilson and against Oracle Corporation in the amount of $280,750.00, plus interest accruing from the 24th day of August, 2017, said judgment having been fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:     New York, New York
            December 15, 2017

                                 Alan M. Goldston, Esq.
                                 Email:  nycounsel@msn.com
                                 164 White Rd.
                                 Scarsdale, NY 10583
                                 914-907-2234
                                 Attorney for Respondent Felicia Wilson

STATE OF NEW YORK       )
COUNTY OF _Westchester_  )    ss.:

       On the __15th__ day of December, 2017 before me personally came Alan M.

Goldston, Esq., to me known and known to be the attorney for Felica Wilson in the

above-entitled action, and to be the same person described in and who executed the

within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

JESSICA SpillANE F/K/A
             JESSICA FRIEARY

JA FRIEARY
Notary Public State of New York
No. 01FR6231810
Qualified in Westchester County
Commission Expires November 29, 20 18